# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

140120(130)

SHERI M. ANDERSON,
       Plaintiff-Appellee,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
       Defendant-Appellant.

SC: 140120
COA: 277096
Wayne CC: 03-305800-NI

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of defendant-appellant's motion for reconsideration is considered, and the motion for reconsideration is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2011

_____
Clerk

d0111